IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DONALD R. HAMILTON,<br><br>      Defendant. | 8:22CR145<br><br>ORDER |

  This matter is before the court on Defendant's UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINE [35]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 60-day extension. Pretrial Motions shall be filed by May 30, 2023.

  **IT IS ORDERED:**

  1. Defendant's UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINE [35] is granted. Pretrial motions shall be filed on or before May 30, 2023.

  2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 28, 2023, and May 30, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

  3. This is Defendant's **final extension** of time to file pretrial motions. **No further extensions will be granted.**

  Dated this 29th day of March, 2023.

                     BY THE COURT:

                     s/ Michael D. Nelson
                     United States Magistrate Judge